UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

CARLTON TREMELL TURNER      CIVIL ACTION NO. 14-cv-0625

VERSUS      JUDGE WALTER

JAKE BAIRD, ET AL      MAGISTRATE JUDGE HORNSBY

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **Motion for Summary Judgment (Doc. 25)** is **granted** and all claims against Jake Baird and Vincent Coleman are **dismissed with prejudice**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ____22____ day of ___December___, 2016.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE